1  TYLER M. PAETKAU, Bar No. 146305
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street
3  20th Floor
   San Francisco, CA 94108.2693
4  Telephone: 415.433.1940

5  Attorneys for Defendants
   JEFFREY A. GIANNINI,
6  ALBERT P. GIANNINI, JR. and
   THE GIANNINI LIVING TRUST

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11 ROBERT McCARTHY,                    Case No. C07 05376 PVT

12             Plaintiff,              DEFENDANTS JEFFREY A. GIANNINI,
                                       ALBERT P. GIANNINI, JR. AND THE
13     v.                              GIANNINI LIVING TRUST'S
                                       CERTIFICATION OF INTERESTED
14 JEFFREY A. GIANNINI;                ENTITIES OR PERSONS
   ALBERT P. GIANNINI, JR.;
15 THE GIANNINI LIVING TRUST; and      [CIVIL L.R. 3-16]
   DOES 1 through 10, inclusive,
16
               Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED
ENTITIES OR PARTIES

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Robert D. Kenney and Geraldine E. Kenny, lessees of 1018 West El Camino Real, Sunnyvale, California, 94087; All American Copy Inc., occupants of 1010 West El Camino Real, Sunnyvale, California 94087 who share on a pro-rata square footage basis the parking facilities located at 1018 West El Camino Real, Sunnyvale, California, 94087.

Dated: October 22, 2007

*[signature]*

TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
JEFFREY A. GIANNINI, ALBERT P. GIANNINI, JR. and THE GIANNINI LIVING TRUST

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CERTIFICATION OF INTERESTED
ENTITIES OR PARTIES