1  TYLER M. PAETKAU, Bar No. 146305
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
4
   Attorneys for Defendants
5  JEFFREY A. GIANNINI, ALBERT P. GIANNINI,
   JR. and THE GIANNINI LIVING TRUST
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | ROBERT McCARTHY,                        | Case No. C 07 05376 pvt |
   |                                          |                          |
12 |             Plaintiff,                   | **PROOF OF SERVICE**     |
   |                                          |                          |
13 |      v.                                  |                          |
   |                                          |                          |
14 | JEFFREY A. GIANNINI; ALBERT P.           |                          |
   | GIANNINI, JR; THE GIANNINI LIVING        |                          |
15 | TRUST, and DOES 1 through 10,            |                          |
   | inclusive,                               |                          |
16 |                                          |                          |
   |             Defendants.                  |                          |
17

18

19  Firmwide:83172984.1 057642.1001

1.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

## PROOF OF SERVICE BY MAIL

I am employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 650 California Street, 20th Floor, San Francisco, California 94108.2693. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 23, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

> SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III
>
> STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE PATRICIA V. TRUMBULL
>
> WELCOME TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE DIVISION

in a sealed envelope, postage fully paid, addressed as follows:

David C. Wakefield, Esq.
Pinnock & Wakefield,
3033 Fifth Avenue, Suite 410
San Diego, CA 92103

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 23, 2007, at San Francisco, California.

_Susan A. Becerra_
Susan A. Becerra

PROOF OF SERVICE