TYLER M. PAETKAU, Bar No. 146305
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490
E-mail: tpaetkau@littler.com

Attorneys for Defendants
JEFFREY A. GIANNINI; ALBERT P. GIANNINI
AND THE GIANNINI LIVING TRUST

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT McCARTHY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY A. GIANNINI;<br>ALBERT P. GIANNINI, JR; AND<br>THE GIANNINI LIVING TRUST; and<br>DOES 1 THROUGH 10, Inclusive,<br><br>　　　　　Defendants. | Case No. C-07-05376-PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**<br><br>Judge:　Hon. Patricia V. Trumbull |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

　　　　The undersigned party in the above-captioned matter hereby declines to consent to the assignment of the case to a United States Magistrate Judge for trial and disposition and hereby requests reassignment to a United States District Court Judge.

Dated: November 8, 2007

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Tyler M. Paetkau
　　　　　　　　　　　　　　　　　　　　TYLER M. PAETKAU
　　　　　　　　　　　　　　　　　　　　LITTLER MENDELSON
　　　　　　　　　　　　　　　　　　　　A Professional Corporation
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　JEFFREY A. GIANNINI;
　　　　　　　　　　　　　　　　　　　　ALBERT P. GIANNINI, JR. AND
　　　　　　　　　　　　　　　　　　　　THE GIANNINI LIVING TRUST

Firmwide:83555465.1 620000.2393