**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **ROBERT MCCARTHY,** | **C 07-5376 PVT** |
| Plaintiff(s), | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **JEFFREY GIANNINI,** | |
| Defendant(s). | |

_____

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: 11/14/07

RICHARD W. WIEKING,
Clerk of Court

/s/ Corinne Lew
_____
By: Corinne Lew
Deputy Clerk