1

2                                                    **E-filed 11/29/07**

3

4

5

6

7        UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
                                     CALIFORNIA
                                SAN JOSE DIVISION

8

9

10   ROBERT MCCARTHY,

11                                        No. C-07-5376-JF

          Plaintiff,

12
           v.                             Clerks's Notice

13
     JEFFREY GIANNINI,

14
          Defendants.

15   _____

16   To: All Counsel and Parties in the above named action.

17

     The Court has scheduled a Case Management Conference in this
18   matter for Friday, March 7, 2008 at 10:30 AM. The parties may
     appear by telephone by contacting Court Call at 866-582-6878 in
19   advance of the hearing.

20   Please to report to Courtroom 3, on the 5th floor, United States
     District Courthouse, 280 South First Street, San Jose, CA 95113.

21

22

23   Dated: 11/29/07                    For the Court,
                                         Richard W. Wieking, Clerk

24
                                         Diana Munz
25                                       electronic signature
                                         Courtroom Deputy

26

27

28